# Third District Court of Appeal
## State of Florida

Opinion filed July 5, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-739
Lower Tribunal Nos. F16-19494; F17-13280; F20-5484; F16-19498

_____


**Leonard Lissone,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Leonard Lissone, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.